## LUCY M. CURTIS v. HERBERT L. GORDON.

*Imprisonment for non-payment of alimony.*

The payment of permanent alimony may be enforced by imprisonment for contempt, following *Andrew* v. *Andrew, infra.*

Petition that the petitionee be adjudged in contempt for the non-payment of $1,000, permanent alimony decreed the petitioner at a previous term. Heard upon demurrer at the June Term, 1889, ROWELL, J., presiding. The demurrer was overruled and the defendant adjudged in contempt, to which he excepted.

*Waterman, Martin & Hitt,* for the defendant, argued substantially as in *Andrew* v. *Andrew, infra.*

*Haskins & Stoddard,* for the petitioner.

There is ample authority for affirming the action of the County Court. *Lyon* v. *Lyon,* 21 Conn. 185; *ex parte Perkins,* 18 Cal. 64; *Eidenmuller* v. *Eidenmuller,* 37 Cal. 364; *in re Wilson,* 75 Cal. 582: *Wightman* v. *Wightman,* 40 Ill. 165; *Buck* v. *Buck,* 60 Ill. 105; *O'Callahan* v. *O'Callahan,* 69 Ill. 562; *Blake* v. *People,* 80 Ill. 11; *Park* v. *Park,* 18 Hun. 466; *Strobridge* v. *Strobridge,* 21 Hun. 290; *Purcell* v. *Purcell,* 4 Hen. & Mun. 507; *Potts* v. *Potts,* (Mich.) 13 West. Rep. 147; *Fairchild* v. *Fairchild* (N. J.), 11 Cent. Rep. 750; *Lewis* v. *Lewis* (Ga.), 6 S. E. Rep. 918; *Foster* v. *Foster,* 56 Vt. 540; *Leach* v. *Peabody,* 58 Vt. 485; *Slade* v. *Slade,* 106 Mass. 499; *Casteel* v. *Casteel,* 38 Ark.; *in re Bissell,* 40 Mich.; *in re Chiles,* 22 Wall. 158.

The judgment of the County Court was rendered upon full hearing. The defendant elected to stand upon his demurrer, and in matters of contempt the action of the court cannot be reviewed here. *Vilas* v. *Burton,* 27 Vt. 56; *in re Cooper,* 32 Vt. 254; *Tyler et al.* v. *Hammersley,* 44 Conn. 393; *Rex* v.

*Clement*, 4 Barn. & Ad. 218 ; *Yates case*, 4 John. 368, 369, 395 ; *Carus Wilson's case*, 53 E. C. L., 1008 (7 Ad. & El.) ; *Burdett* v. *Abbott*, 14 East. 150 ; *in re Crawford*, 66 E. C. L. 626 (13 Ad. & El.) ; *ex parte Kearney*, 7 Wheat. 38 ; 20 Am. Law Reg. and cases there cited.

The opinion of the court was delivered by

MUNSON, J. This case is governed by the decision in the case of *Andrew* v. *Andrew*, heard at the last general term. In this case the petitionee elected to stand upon his demurrer, and final judgment was rendered in the court below.

*Judgment affirmed.*